# EXHIBIT 21

# Authorized Micron distributors

## Purchasing Made Easy

Find links to authorized distributors

– Americas

+ Arrow Electronics
+ ASI
+ Avnet
+ Avnet Newark
+ D&H
+ D&H Canada
+ Digi-Key
+ Edge Electronics, Inc.
+ MA Labs
+ Mouser Electronics, Inc.
+ Phoenics Electronics

+ TD Synnex

+ WPG Americas, Inc.

+ Asia

+ EMEA

+ Israel

+ Japan



©2023 Micron Technology, Inc. All rights reserved. Information, products, and/or specifications are subject to change without notice. All information is provided on an "AS IS" basis withou
..nties of any kind. Drawings may not be to scale. Micron, the Micron logo, and all other Micron trademarks are the property of Micron Technology, Inc. All other trademarks are the proper
their respective owners.

Feedback