# EXHIBIT 20

MENU Micron Login

# Making AI less artificial

From smart manufacturing to practical business applications and generative AI, Micron solutions provide the data foundation needed to turn artificial intelligence into a reality.

LEARN MORE ABOUT AI



rating 45 of ation



**Micron's investment in leading-edge manufacturing** →



**Introducing HBM3E: Memory built for AI innovation** →



**Introducing the Micron 7500 SSD – the most advanced mainstream data center SSD** →



1 / 6

# Memory and storage technology for industrial IoT

Micron's innovative portfolio of memory and storage technology helps create "smarter" IoT (internet of things) devices and supports a wide assortment of industries with an array of options. In addition, Micron devices work with a variety of applications like IoT gateways and edge servers, industrial automation, aerospace and defense and video security.

LEARN MORE ABOUT IOT




# Advancing data center storage

Micron's advanced NAND based data center SSDs deliver extensive capacity and deployment options that enable flexible solution design for a variety of data center workloads. The world's first 200+ layer data center SSD, the Micron 6500 ION NVMe™ SSD, delivers best-in-class performance, features 30.72TB of storage and enhanced security capabilities.

LEARN MORE



# Innovation makes new solutions possible

Innovation in memory and storage technology creates faster access to apps, data in more places, and better performance at lower cost and lower power use. These technology solutions make richer user experiences possible across our daily lives.

### Data center

Scale, simplify, consolidate and automate to get the most value from your data center and cloud infrastructure.

→

### Client PC

Flexible solutions for a variety of form factors, enabling powerful computing and a better end user experience.

→

### Automotive

Provide automotive storage and memory solutions, as well as support the industry's megatrends, including autonomy, electrification, enriched cabins, connectivity, and zonal architectures.

→

### Mobile

Balance growing application and data storage demands without compromising performance, capacity or power consumption.

→

## Your future starts here

At Micron, we foster a culture of inclusion and growth to bring out the best in each other. With global opportunities, team member development and career advancement, we invest in **you**. Help us drive tomorrow's technology to enrich life *for all.*

INNOVATE WITH US





## Accelerating a global culture of innovation and inclusion

Micron's deep, global commitment to diversity, equality and inclusion (DEI) stems from our belief that it drives market competitiveness, spurs innovation, advances our corporate mission, and is the right thing to do *for all.*

LEARN MORE

©2023 Micron Technology, Inc. All rights reserved. Information, products, and/or specifications are subject to change without notice. All information is provided on an "AS IS" basis without warranties of any kind. Drawings may not be to scale. Micron, the Micron logo, and all other Micron trademarks are the property of Micron Technology, Inc. All other trademarks are the property of their respective owners.

edback