UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., | Case No. 24-cv-04223-JCS |
|---|---|
| Plaintiff, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| MICRON TECHNOLOGY, INC., et al., | |
| Defendants. | |

Plaintiffs in this case have filed a notice of pending related case stating that this case is related to Yangtze Memory Technologies Company, Ltd. v. Micron Technology, Inc., et al., No. 3:23-cv-05792-RFL (N.D. Cal.). *See* dkt. no. 10. Accordingly, the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to C-23-5792 RFL.

**IT IS SO ORDERED.**

Dated: July 22, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge