UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al., <br><br> Defendants. | Case No. 23-cv-05792-RFL <br><br> **ORDER TO SHOW CAUSE WHY MICRON TECHNOLOGY, INC.'S FIRST AMENDED COUNTERCLAIMS SHOULD NOT BE UNSEALED** <br><br> Re: Dkt. No. 91 |

On August 1, 2024, Micron Technology, Inc. filed an administrative motion to consider whether another party's materials, namely those of Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. (collectively, "Yangtze Memory"), should be sealed. Micron provisionally filed its First Amended Counterclaims under seal because the pleading contained information from a document that Yangtze Memory designated as confidential. Pursuant to Civil Local Rule 79-5(f)(3), Yangtze Memory was required to file within seven days of the motion's filing a statement and/or declaration as described in subdivision (c) of that same rule setting forth why the First Amended Counterclaims should remain sealed. To date, no such statement has been filed. Accordingly, Yangtze Memory is ordered to show cause, in writing, by **August 16, 2024,** why that document should not be unsealed. Yangtze Memory's response shall comply with the requirements of Civil Local Rule 79-5(c) and this Court's Civil Standing Order. Failure to timely comply with this order will result in the unsealing of the First Amended Counterclaims.

**IT IS SO ORDERED.**

Dated: August 9, 2024

RITA F. LIN
United States District Judge

1