# Exhibit 18



# ASSIGNMENT OF INVENTIONS AND RIGHTS

In consideration of my employment or continued employment by, or contracting for my services with, MICRON TECHNOLOGY, INC., or any of its subsidiaries or affiliates (hereinafter the Micron entity by which I am employed or to which I provide services is referred to as "Micron"), and other good and valuable consideration:

A.  **Assignment:** I hereby assign and agree to assign to Micron, or its designee, all of my right, title and interest in and to all inventions, discoveries, ideas, processes, works of authorship, mask works, drawings, logos, developments, concepts, and improvements, (hereinafter "Intellectual Property"), whether or not patentable, copyrightable, or subject to other forms of protection, made, created, developed, written, reduced to practice, or conceived by me, in whole or in part, either solely or jointly with others, during the period of time I am in the employ of or providing service to Micron, whether during or outside of regular working hours, either:
1. in the course of such employment;
2. with the aid, assistance, or use of Micron's resources, equipment, supplies, facilities or proprietary information;
3. as a result of or in connection with any work, services, or duties performed by me for Micron;
4. relating to the actual or anticipated business, research, or development of Micron; or
5. relating to the industry or trade of Micron.

B.  **Works of Authorship:** I acknowledge that all works of authorship which are made by me, either solely or jointly with others, within the scope of and during the period of my employment with Micron or within the scope of and during the period I am providing service to Micron and which are protectible by copyright are "works made for hire," as that term is defined in the United States Copyright Act, and are owned by Micron by operation of law.

C.  **Disclosure/Assistance**: I shall promptly disclose Intellectual Property to Micron and shall acknowledge and promptly deliver to Micron, without charge to Micron but at its expense, such written instruments and do such other acts, including the disclosure to Micron of all pertinent information and data with respect thereto, the execution of all applications, specifications, oaths, assignments and all other instruments which Micron shall deem necessary in order to apply for and obtain and to assign and convey to Micron, its successors, assigns, and nominees the sole and exclusive rights, title and interest in and to Intellectual Property, and any copyrights, patents, mask work rights or other intellectual property rights relating thereto.

D.  **Continuing Obligation:** I agree that if I transfer my employment or begin offering services to another Micron entity, this Agreement shall automatically be assigned to the benefit of such entity. I further agree that my obligation as described in this Agreement to execute written

instruments and perform other acts without charge to Micron but at its expense shall continue after the termination of my employment or service to Micron.

      E.    **Power of Attorney:** If Micron is unable because of my mental or physical incapacity or for any other reason to secure my signature to apply for or to pursue an application for any United States or foreign patents or copyright registrations covering Intellectual Property assigned to Micron as above, then I hereby irrevocably designate and appoint Micron and its duly authorized officers and agents as my agent and attorney in fact, to act for and in my behalf and stead to execute and file any such applications and to do all other lawfully permitted acts to further the prosecution and issuance of letters patent or copyright registrations thereon with the same legal force and effect as if executed by me.

      F.    **Records**: I agree to keep and maintain adequate and current written records of all inventions, discoveries, ideas, processes, works of authorship, mask works, drawings, logos, developments, concepts, and improvements, made by me, either solely or jointly with others, during the term of my employment with or service to Micron. The records will be in the form of notes, sketches, drawings, and any other format that may be specified by Micron. The records will be available to and remain the sole property of Micron at all times.

      G.    **Return of Records**: I agree that, at the time of leaving the employ of Micron or at the time of ending my service to Micron, I will deliver to Micron (and will not keep in my possession, recreate or deliver to any third party) any and all devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, sketches, materials, equipment, other documents or property, or reproductions of any aforementioned items developed by me pursuant to my employment with or service to Micron or otherwise belonging to Micron, its successors or assigns.

      H.    **Effective Time:** This Agreement shall become effective immediately upon commencement of my employment with, or service to, Micron.

By: _____
              (signature)

Name: _____Hongbin Zhu_____
             (please print)

Employer: _____Fab 4_____

Micron ID #: _____1033332_____

Date: _____1/09/06_____

Rev. 04/02
g:\wrddata6\s\personell\assignmtirev2.doc