UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,, et al.,<br><br>Defendants. | Case No. 23-cv-05792-RFL<br><br>**ORDER OF REFERRAL FOR DISCOVERY PURPOSES**<br><br>Re: Dkt. No. 147 |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to Magistrate Judge Thomas S. Hixson. Counsel will be advised of the date, time and place of appearance by notice from Judge Hixson. Hereafter, all further discovery matters shall be filed pursuant to Judge Hixson's procedures.

**IT IS SO ORDERED.**

Dated: October 7, 2024

RITA F. LIN
United States District Judge

1