UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICRON TECHNOLOGY, INC.,, et al.,<br><br>                    Defendants. | Case No.  23-cv-05792-RFL   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery.  For any pending matters at the time of referral, the Court will issue a separate order.  For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

**IT IS SO ORDERED.**

Dated: October 7, 2024

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California