UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC.,, et al., <br><br> Defendants. | Case No. 23-cv-05792-RFL <br><br> **ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Re: Dkt. No. 191 |

      Having reviewed Magistrate Judge Hixson's Discovery Order (Dkt. No. 186), the Motion for Relief from that Order (Dkt. No. 191), as well as the initial joint letter brief submitted about the discovery dispute (Dkt. No. 180), the Court finds that the Order is well-reasoned and is not clearly erroneous or contrary to law.  The protective order states that when the Receiving Party requests paper copies of portions of the source code material, the party shall not request more than 1500 pages total, including no more than 30 consecutive pages.  Here, Yangtzte Memory Technologies Company ("YMTC") requested 73 pages total, and made no request for more than 30 consecutive pages.  The Court agrees with Magistrate Judge Hixson's order that this "tends to demonstrate that YMTC's request is thoughtful and focused on materials needed for case preparation."  (Dkt. No. 186 at 3.)  Moreover, the protective order includes sufficient procedures to prevent duplication or unauthorized access to the material.  Accordingly, the motion is denied.

      **IT IS SO ORDERED.**

Dated: January 14, 2025

RITA F. LIN  
United States District Judge