NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re MICRON TECHNOLOGY INC., MICRON CONSUMER PRODUCTS, GROUP, LLC.,**
*Petitioners*

---

2025-117

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in No. 3:23-cv-05792-RFL, Judge Rita F. Lin.

---

**ON PETITION**

---

**O R D E R**

Micron Technology Inc. and Micron Consumer Products Group, LLC (collectively, "Micron") submit a petition for a writ of mandamus directing the United States District Court for the Northern District of California to reverse its discovery order requiring Micron to produce 73 pages of allegedly highly confidential source code in paper format.

Upon consideration thereof,

IT IS ORDERED THAT:

Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. are directed to respond to the petition no later than seven days from the date of

entry of this order. Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

January 16, 2025
Date

Jarrett B. Perlow
Clerk of Court