UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC.,, et al., <br><br> Defendants. | Case No. 23-cv-05792-RFL (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 202, 203, 205, 227, 235 |

The parties currently have five pending joint discovery letter briefs. ECF Nos. 202, 203, 205, 227, 235. From the briefs, it looks like communication between the parties has broken down, and the meeting and conferring is not achieving anything useful. The present disputes all seem like issues the parties should be able to work out during a productive meet and confer. Accordingly, the Court **ORDERS** the parties to meet and confer in person on March 3, 2025, at the courthouse at 450 Golden Gate Avenue, San Francisco, California. The parties shall report to Courtroom E on the 15th floor at 9:00 a.m. to check in with the Courtroom Deputy, who will bring them to a conference room where they shall meet and confer, all day if necessary, to resolve their disputes. The parties shall file a joint discovery letter brief no later than March 5, 2025, identifying any disputes they were not able to resolve.

**IT IS SO ORDERED.**

Dated: February 25, 2025

THOMAS S. HIXSON
United States Magistrate Judge