UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., <br><br>      Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al., <br><br>      Defendants. | Case No.  23-cv-05792-RFL <br><br> **ORDER GRANTING MOTION TO SEAL AND MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED AND ORDER TO SHOW CAUSE** <br><br> Re: Dkt. Nos. 254, 255, 266 |

After considering Plaintiff YMTC's motion to seal (Dkt. No. 254) and motions to consider whether another party's materials should be sealed (Dkt. Nos. 255, 266), the Court **GRANTS** Plaintiff's motion to seal and first motion to consider whether another party's materials should be sealed (Dkt. No. 255) and **HEREBY** seals the following:

1.  Exhibits 1, 2, 3,4,5, 6, and 16 to the Motion to Partially Lift Stay (Dkt. Nos. 254-3, 254-4, 254-5, 254-6. 254-7, 254-8, 254-9, 255-2, 255-3, 255-4, 255-5, 255-6. 255-7, 255-8).

As to these motions, Local Rule 79-5(c)(1) is satisfied. Compelling reasons support the sealing of the above records, as the records contain confidential, proprietary information, and Defendant Micron has a privacy interest in the information.

However, as to YMTC's second motion to consider whether another party's materials should be sealed (Dkt. No. 266), the document Micron seeks to seal does not appear to contain a discussion of Micron's proprietary technology.  Accordingly, Micron is **ORDERED TO SHOW**

1

2

**CAUSE** why the document should not be unsealed by **January 28, 2026**.

  **IT IS SO ORDERED.**

Dated: January 21, 2026

                               _____
RITA F. LIN
United States District Judge